IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| VASILY KOBEL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 08-986-KI |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CITY OF PORTLAND, JAMES BOTAITIS, STEVEN WUTHRICH, JEFFREY DORN, SCOTT McCOLLISTER, JOHN BILLARD, JENNIFER HERTZLER, DEBORAH STEIGLEDER, FLORIN PIRV, and DOES 1-10, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

KING, Judge:

Based on the parties' Stipulation (#21):

Defendants Jeffrey Dorn, Scott McCollister, John Billard, Jennifer Hertzler, Deborah

Page 1 - ORDER

Steigleder and Florin Pirv are dismissed with prejudice and with no costs or disbursements or attorneys' fees assessed against any party.

    IT IS SO ORDERED.

    Dated this   31st   day of August, 2009.

                              /s/ Garr M. King
                              Garr M. King
                              United States District Judge